IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

KIMBERLY I. LAFFERTY,                    )
                                         )
              Plaintiff,                 )      Case No. 4:13-cv-00049
                                         )
v.                                       )      **ORDER**
                                         )
CAROLYN COLVIN,                          )      By: Hon. Jackson L. Kiser
Acting Commissioner of Social Security,  )           Senior United States District Judge
                                         )
              Defendant.                 )

Before me is the Report and Recommendation ("R & R") of Hon. Joel C. Hoppe recommending that I grant Defendant's Motion for Summary Judgment [ECF No. 18] and dismiss this case. Plaintiff filed timely Objections [see ECF No. 23], and the Defendant did not respond. For the reasons stated in the accompanying Memorandum Opinion, I will **OVERRULE** Plaintiff's Objections and **ADOPT** Judge Hoppe's R & R. It is hereby **ADJUDGED** and **ORDERED** that Plaintiff's Motion for Summary Judgment [ECF No. 16] is **DENIED**, Defendant's Motion for Summary Judgment is **GRANTED**, and that this case shall be **DISMISSED** from the active docket of this Court.

The clerk is directed to send certified copies of this Order and the accompanying Memorandum Opinion to all counsel of record and to Magistrate Judge Hoppe.

Entered this 13th day of January, 2015.


                                         s/Jackson L. Kiser
                                         SENIOR UNITED STATES DISTRICT JUDGE